674 A.2d 243

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Dorothy DENNIS, Respondent.

Supreme Court of Pennsylvania.

April 23, 1996.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of April, 1996, the Petition for Allowance of Appeal is hereby granted with oral argument on whether the time differential between the administration of a breathalyzer test and commission of the offense of driving under the influence vitiates the effect of 75 Pa.C.S.A. § 1547(d)(1).